UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> LE HOANG MINH, d/b/a WINMART, <br><br> Defendants. | NO.  2:20-CV-01707 <br><br> PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and W.D. Washington Local Civil Rule 7.1, Plaintiff Nintendo of America, Inc. makes the following disclosures:

1. Nintendo is a wholly-owned subsidiary of Nintendo Co., Ltd. a publicly-traded company organized under the laws of Japan.

2. No other publicly traded company owns more than 10% of Nintendo's stock.

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT - 1
No.

GORDON TILDEN THOMAS CORDELL

600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

DATED this 19th day of November, 2020.

**GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiff Nintendo of America Inc.

By   s/ *Chelsey L. Mam*
     Michael Rosenberger, WSBA #17730
     Chelsey L. Mam, WSBA #44609
     600 University Street, Suite 2915
     Seattle, Washington 98101
     206.467.6477
     mrosenberger@gordontilden.com
     cmam@gordontilden.com

**PIRKEY BARBER PLLC**
Attorneys for Plaintiff Nintendo of America Inc.

By   s/ *Christopher Weimer*
     Christopher Weimer, Admitted *Pro Hac Vice*
     Travis W. Wimberly, Admitted *Pro Hac Vice*
     1801 E. 6th St., Suite 300
     Austin, TX  78702
     512.322.5200
     cweimer@pirkeybarber.com
     twimberly@pirkeybarber.com

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT - 2
No.

GORDON TILDEN THOMAS CORDELL | 600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477