**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

November 19, 2020

### NINTENDO OF AMERICA INC ET AL V. MINH
Case # 2:20–cv–01707–JRC

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

**Copyright/Patent/Trademark Forms Omitted**
The Copyright/Patent/Trademark form(s) were omitted upon case opening. If applicable, the form(s) should be emailed to the proper jurisdictional court and **cannot** be electronically filed. For Seattle cases, please email the form to newcases.seattle@wawd.uscourts.gov. For Tacoma cases, please email the form to newcases.tacoma@wawd.uscourts.gov.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file