The Honorable J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> LE HOANG MINH, d/b/a WINMART, <br><br> Defendants. | NO.  2:20-cv-01707-JRC <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SERVE PROCESS BY ALTERNATE MEANS |

THIS MATTER came before the Court on Plaintiff's Motion for Leave to Serve Process by Alternate Means.  The Court, having considered Plaintiff's submissions, GRANTS the Motion. Pursuant to Fed. R. Civ. P. 4(f)(3), Plaintiff shall serve Defendant by sending the Summons and Complaint via email to the address identified by Defendant in the DMCA counter-notification. Plaintiff shall file a declaration attesting to service via email having been completed with ten (10) days of this Order.

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION
FOR LEAVE TO SERVE PROCESS BY ALTERNATE
MEANS
No. 2:20-cv-01707-JRC

Pirkey Barber PLLC
1801 E. 6th Street,
Suite 300
Austin, TX  78702
(512) 322-5200

1 | DATED this _____ day of _____, 2020.

2

3

                                           The Honorable J. Richard Creatura
                                           U.S. District Court Magistrate Judge

4

5 | Presented by:

6 | **GORDON TILDEN THOMAS & CORDELL LLP**
Attorneys for Plaintiff Nintendo of America Inc.

7 | By   s/ *Chelsey L. Mam*
  Michael Rosenberger, WSBA #17730

8 |   Chelsey L. Mam, WSBA #44609
  600 University Street, Suite 2915

9 |   Seattle, Washington 98101
  206.467.6477

10 |   mrosenberger@gordontilden.com
  cmam@gordontilden.com

11

12 | **PIRKEY BARBER PLLC**
Attorneys for Plaintiff Nintendo of America Inc.

13

14 | By   s/ *Christopher Weimer*
  Christopher Weimer, Admitted *Pro Hac Vice*

15 |   Travis W. Wimberly, Admitted *Pro Hac Vice*
  1801 E. 6th St., Suite 300

16 |   Austin, TX 78702
  512.322.5200

17 |   cweimer@pirkeybarber.com

18 |   twimberly@pirkeybarber.com

19

20

21

22

23

24

25

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SERVE PROCESS BY ALTERNATE MEANS
No. 2:20-cv-01707-JRC

Pirkey Barber PLLC
1801 E. 6th Street,
Suite 300
Austin, TX 78702
(512) 322-5200