UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC,<br><br>            Plaintiff (s),<br><br>    v.<br><br>LE HOANG MINH,<br><br>            Defendant (s). | CASE NO.<br>2:20−cv−01707−RSM−JRC<br><br>MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable Ricardo S. Martinez, United States District Judge. All future documents filed in this case must bear the cause number 2:20−cv−01707−RSM−JRC and bear the Judge's name in the upper right hand corner of the document.

It appearing from the files and records herein that this is an appropriate matter to refer to a full−time United States Magistrate Judge for the purposes hereinafter set forth, pursuant to Local Rule MJR 6 and Amended General Order 02−19, now therefore,

IT IS ORDERED that the above entitled action be referred to the Honorable J Richard Creatura, who is directed and empowered to conduct hearings and make

1   any further necessary orders consistent with the Local Rules and the instructions of

2   the District Judge to whom the case is assigned.

3

4   DATED December 14, 2020

                                    William M. McCool
5                                   Clerk of Court

6                                   By:  /s/ Kelly A Miller
                                        Deputy Clerk