The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA, INC., | NO. 2:20-cv-01707-RSM-JRC |
| Plaintiff, | DECLARATION OF SERVICE |
| v. | |
| LE HOANG MINH, d/b/a WINMART, | |
| Defendants. | |

Pursuant to Dkt. 12, dated January 5, 2021, Order on Motion for Leave to Serve Process by Alternative Means, the undersigned declares under penalty of perjury under the laws of the State of Washington that on the below date, I caused a true and correct copy of the Summons and Complaint in this action to be served via email to defendant Le Hoang Minh at minhkayak43@gmail.com.

DECLARATION OF SERVICE      - 1
No. 2:20-cv-01707-JRC

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA  98101
206.467.6477

DATED this 7th day of January, 2021.

**PIRKEY BARBER PLLC**
Attorneys for Plaintiff Nintendo of America Inc.

By   s/ *Christopher Weimer*
Christopher Weimer, Admitted *Pro Hac Vice*
Travis R. Wimberly, Admitted *Pro Hac Vice*
1801 East 6th Street, Suite 300
Austin, TX 78702
512.322.5200
cweimer@pirkeybarber.com
twimberly@pirkeybarber.com

DECLARATION OF SERVICE     - 2
No. 2:20-cv-01707-JRC

GORDON TILDEN THOMAS CORDELL
600 University Street
Suite 2915
Seattle, WA 98101
206.467.6477