The Honorable J. Richard Creatura

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC.,<br><br>Plaintiff,<br><br>vs.<br><br>LE HOANG MINH, d/b/a WINMART<br><br>Defendant. | NO. 2:20-cv-01707-JRC<br><br>**PLAINTIFF'S REQUEST TO THE CLERK FOR ENTRY OF DEFAULT**<br><br>NOTE ON MOTION CALENDAR:<br><br>February 18, 2021 |

Under Federal Rule of Civil Procedure 55(a) and Local Rule of Civil Procedure 55(a), Plaintiff Nintendo of America Inc. requests the Clerk to enter default against Defendant Le Hoang Minh, d/b/a Winmart.

Nintendo filed its complaint on November 18, 2020. Dkt. 1. A day later, the Clerk issued a summons to Defendant. Dkt. 8. On January 5, 2021, the Court granted Nintendo leave to serve the summons and complaint by email. Dkt. 12. Nintendo served Defendant with the summons and the complaint by email, as authorized by the Court, on January 7, 2021. Dkt. 13 (Nintendo's declaration of service). Also, while not required by the Court's order authorizing email service, Nintendo has additionally attempted service by registered mail with a return receipt at Defendant's physical address in Vietnam. *See* Dkt. 10 at 7 & n.2.

Defendant's deadline to serve an answer or other responsive pleading—21 days from service of the summons and complaint—elapsed on January 28, 2021. *See* Fed R. Civ. P. 12(a)(1)(A)(i). Defendant has failed to serve an answer or other responsive pleading. Defendant has not filed any motion with this Court for an extension of time, and the undersigned counsel

PLAINTIFF'S REQUEST TO THE CLERK
FOR ENTRY OF DEFAULT

No. 2:20-cv-01707-JRC

- 1 -

Pirkey Barber PLLC
1801 E. 6th Street, Suite 300
Austin, TX  78702
(512) 322-5200

represents to the Court that Defendant has not contacted Nintendo or its counsel to request an extension of time or otherwise. Thus, Nintendo requests that the Clerk enter default against Defendant. *See* Fed. R. Civ. P. 55(a); LCR 55(a).

DATED February 18, 2021

By: *s/ Christopher Weimer*
Christopher Weimer (pro hac vice)
Travis W. Wimberly (pro hac vice)
Pirkey Barber PLLC
1801 E. 6th St., Suite 300
Austin, TX  78702
(512) 322-5200
(512) 322-5201 (fax)

Michael Rosenberger
Chelsey L. Mam
Gordon Tilden Thomas & Cordell LLP
One Union Square
600 University St., Suite 2915
Seattle, WA 98101
(206) 467-6477
(206) 805-3161 (fax)

*Attorneys for Plaintiff Nintendo of America Inc.*

PLAINTIFF'S REQUEST TO THE CLERK
FOR ENTRY OF DEFAULT

No. 2:20-cv-01707-JRC

- 2 -

Pirkey Barber PLLC
1801 E. 6th Street, Suite 300
Austin, TX  78702
(512) 322-5200