UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NINTENDO OF AMERICA INC.,

        Plaintiff,

v.

LE HOANG MINH d/b/a WINMART,

        Defendant.

Case No.   C20-1707RSM

CLERK'S ORDER

       THIS MATTER having come before the Court upon the Plaintiff's Motion for Default (Dkt #14), and the Court having reviewed the records and files, along with the Declaration of Service (Dkt #13) indicating that service was made upon Defendant as required, and as the time for Defendant to answer or otherwise appear has now lapsed, and the Court finding good cause, it is hereby

       ORDERED that Defendant Le Hoang Minh d/b/a Winmart, is in default.

       DATED this 22nd day of February, 2021.

                                   WILLIAM M. McCOOL, Clerk of Court

                                   By:   *Laurie Cuaresma*, Deputy Clerk