# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NINTENDO OF AMERICA, INC.,

      Plaintiff,

v.

LE HOANG MINH, d/b/a WINMART,

      Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. C20-1707-RSM-JRC

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

    Final judgment as to liability in this action shall be entered against Defendant and in favor of Nintendo on all of the claims set forth in Nintendo's Complaint. It is further ORDERED that the Court awards $2,500 of statutory damages under 17 U.S.C. § 1203(c)(3)(a).

    DATED this 15th day of April, 2021.

WILLIAM M. MCCOOL
Clerk

*s/PAULA MCNABB*
Deputy Clerk