The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA, INC., | NO.  2:20-cv-01707-RSM-JRC |
| Plaintiff, | DECLARATION OF SERVICE |
| v. | |
| LE HOANG MINH, d/b/a WINMART, | |
| Defendants. | |

The undersigned declares under penalty of perjury under the laws of the State of Washington that on April 15, 2021, I caused true and correct copies of the Final Judgment and Permanent Injunction (Dkt. 18) and Judgment in a Civil Case (Dkt. 19) in this action to be served via email to defendant Le Hoang Minh at minhkayak43@gmail.com.

DECLARATION OF SERVICE - 1
No. 2:20-cv-01707-RSM-JRC

Pirkey Barber PLLC
1801 E. 6th Street, Suite 300
Austin, TX  78702
(512) 322-5200

DATED this 21st day of April, 2021.

                        **PIRKEY BARBER PLLC**
                        Attorneys for Plaintiff Nintendo of America Inc.

                        By    s/ *Christopher M. Weimer*
                             Christopher Weimer, Admitted *Pro Hac Vice*
                             Travis R. Wimberly, Admitted *Pro Hac Vice*
                             1801 East 6th Street, Suite 300
                             Austin, TX  78702
                             512.322.5200
                             cweimer@pirkeybarber.com
                             twimberly@pirkeybarber.com

DECLARATION OF SERVICE     - 2     Pirkey Barber PLLC
No. 2:20-cv-01707-RSM-JRC                         1801 E. 6th Street, Suite 300
                                                                 Austin, TX  78702
                                                                 (512) 322-5200